MARCH 27, 1981

*In re* CERTIFIED QUESTION FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN (WICKERSHAM V JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY). (Docket No. 66272.) The question certified by the United States District Court, Eastern District of Michigan, Southern Division, is considered. Pursuant to GCR 1963, 797.2, the briefs and appendix in xerographic form are accepted, and the Court accepts the request to answer the certified question. *Teachworth & Wiseman, P.C.,* for plaintiff. *Dickinson, Wright, McKean, Cudlip & Moon* for defendant.